**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
MARCUS WASHINGTON,

                            Plaintiff,

          -against-                                    25 **CIVIL** 440 (LLS)

                                                <u>**JUDGMENT**</u>

AMERICAN ARBITRATION ASSOCIATION;
PETER KEVIN CASTEL; ERIC KOMITEE; THE
ESTATE OF ROBERT P. PATTERSON; EQUAL
EMPLOYMENT OPPORTUNITY
COMMISSION; CHAROLETTE BURROWS;
KEITH SONDERLING; ANDREA LUCAS;
KALPANA KOTAGAL; JOCELYN SAMUELS;
KARLA GILBRIDE; YAW GYEBI; LISA
MORELLI; WESLEY KATHARIA; DOLANDA
YOUNG; RURY ARZU,
                                  Defendants.
----------------------------------------------------------------X

         It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated July 9, 2025, Plaintiff's motion for recusal (ECF 6) is denied as

moot. Plaintiff's complaint, filed *in forma pauperis* under 28 U.S.C. § 1915(a)(1), is dismissed

without prejudice for Plaintiff's failure to comply with Judge Castel's September 5, 2014 filing

injunction in *Washington*, No. 10-CV-09647 (ECF 59), by seeking leave to file this action.

Judgment is hereby entered.

**Dated:** New York, New York

      July 14, 2025

                                       **TAMMI M. HELLWIG**
                              _____
                                       **Clerk of Court**

                **BY:**         K. Mango

                                _____
                                         **Deputy Clerk**